Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
_only_ District of _Massachusetts_
_Civil_ Division

Andrew John Kerr
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Attleboro
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Andrew Kerr
Street Address: 11430 Pacey's Pond Circle
City and County: Jacksonville / Duval
State and Zip Code: Florida, 32222
Telephone Number: 508-838-8907
E-mail Address: Andrewkerr1995@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: City of Attleboro
- Job or Title (if known): City Goverment
- Street Address: 77 Park St
- City and County: Attleboro, Bristol
- State and Zip Code: Massachusetts, 02703
- Telephone Number: 508-223-2222
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

American's with Disabilities Act violations

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the
   State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)*
   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of
   the State of *(name)* _____. Or is a citizen of
   *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Attleboro City Hall (in person) / remote
The City refused to allow access to remote participation to City Council meetings via Zoom @ and would not make a reasonable accomodation in accordance with the A.D.A.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

5/3/22 / 5/17/22 / 6/7/22 / 6/21/22 / 7/5/22 / 7/19/22 / 8/2/22 / 8/16/22 / 9/6/22 / 9/20/22 / 10/4/22 / 10/18/22 / 12/6/22 / 12/20/22 / 1/3/23 / 1/17/23 / 2/7/23 / 2/21/23 / 3/7/23 / 3/21/23 / 4/4/23 / 4/18/23 / 5/2/23 / 5/16/23 / 6/6/23 / 6/20/23 / 7/4/23 / 7/19/23 / 8/1/23 / 8/15/23 / 9/5/23 / 9/19/23 / 10/3/23 / 10/17/23 / 12/5/23

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was denied access to redress my government for grevince's solely because I am disabled and cant leave my home for extended period's of time. Was told I do not have a right to attend City Council meeting's via zoom, Was told there is no right to particiaph in Conci meeting's public speech portion's

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. My First Amendemt God Given Right's are being violated and Im bared acess from critizing my Government solely because I am dicabled and Cant come Into City Hall. My Rights have been violed over 30 time's and the State of Massachuesstts refuses to Help or stop the City. If the City is able to Continue to defy the A.D.A of 1972, than all disabled individual's in Attleboro will suffer untill the Court take's action. The City does not recognize Federal Law

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like the City to be ordered to comply with the A.D.A and allow remote participation of City Council meetings. I also ask the Court to fine the City to the maxivm legally allowed for each individual violation.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/7/23

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Andrew Kerr

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Motion for Kerr V City of Attleboro

I request the ability to have these hearings over zoom or telecomunications in orcordence with the Americans with Disabilities Act.

I also motion for the ability to efile into this future case and have this process expedited.

Andrew Kerr

12/7/23