UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANDREW JOHN KERR,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF ATTLEBORO,<br>　　　　Defendant. | Civil Action No.<br>23-13045-NMG |

ORDER

GORTON, J.

In response to the Court's February 29, 2024 order, pro se plaintiff Andrew Kerr has filed a second amended complaint. (Docket # No. 9). Upon review of this pleading, the Court hereby orders:

1. The Clerk shall issue a summons for the defendant. Kerr is responsible for serving the amended complaint, summons, and this order on the defendant in compliance with Rule 4 of the Federal Rules of Civil Procedure.

2. Kerr must complete the aforesaid service within 90 days of the date of this order. Failure to complete service in a timely fashion may result in dismissal of this action without prior notice to Kerr. See L.R. 4.1 (D. Mass.).

3. Because Kerr is proceeding in forma pauperis, he may elect to have service completed by the United States Marshals Service ("USMS"). If Kerr chooses to have service completed by

the USMS, he shall provide the agency with all papers for service on the defendant and a completed USM-285 form well before the service deadline. The USMS shall complete service as directed by Kerr with all costs of service to be advanced by the United States. The Clerk shall provide Kerr with a USM-285 form and instructions for service by the USMS.

    So ordered.

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated: 05/10/2024