UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:23-cv-13045-NMG

Andrew Kerr

v.

City of Attleboro

## ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Court's allowance of the Defendant's Motion to Dismiss on November 20, 2024, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan
Docket Clerk

November 20, 2024

Case 1:23-cv-13045-NMG   Document 28   Filed 11/20/24   Page 2 of 2